

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2016

No. 04-15-00469-CV

**CASH BIZ, LP**, Redwood Financial, LLC, Cash Zone, LLC dba Cash Biz,
Appellants

v.

Hiawatha **HENRY**, Addie Harris, Montray Norris, and Roosevelt Coleman Jr., et al.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01545
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Rebeca C. Martinez, Justice[1]
Jason Pulliam, Justice

The panel has considered the appellees' motion for rehearing, and the motion is hereby DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] Dissents to the denial of the motion for rehearing without requesting a response. See Tex.R. App.P.49.2.